**United States Bankruptcy Court**
EASTERN DISTRICT OF MISSOURI

In re: )
**Chad M Rosemann** ) Case No.   17-47531
**Megan Louise Rosemann** ) Hearing Date:   01/18/2018
          Debtor(s) ) Hearing Time:   11:00 AM
) Hearing Location:   7 North

FIRST AMENDED CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts:**
**(complete one of the following payment options)**

    $ **355.00** per month for **60** months.

    $__ per month for __ months, then $__ per month for __ months, then $__ per month for __ months.

    A total of $__ through __, then $__ per month for __ months beginning with the payment due in __, 20__.

In addition, Debtor shall pay to the Trustee, and the plan base shall be increased by the following:

(1) Tax Refund. Debtor shall send any tax refund received during the pendency of the Chapter 13 case to the Trustee; however, Debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain $1,250 for single filers or $1,500 for joint filers and refundable tax credits consisting of Earned Income Credit (EIC) and Additional Child Tax Credit each year. (2) Employee Bonuses. Debtor shall send fifty percent of any employee bonus or other distribution paid or payable to Debtor during the term of the plan. (3) Additional Lump Sums. Debtor shall send additional lump sums(s) consisting of   **NONE**  , if any, to be paid to the Trustee.

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below. However, if there are funds available after payment of equal monthly payments in paragraph 5 and fees in paragraph 6, those funds shall be distributed again to those same paragraphs until paid in full before distributing to the next highest paragraphs:**

1. **Trustee and Court Fees.** Pay Trustee a percentage fee as allowed by law and pay filing fees if the Court enters an order providing for filing fees to be paid in the Chapter 13 plan.

2. **Executory Contract/Lease Arrearages.** Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD |
|---|---|---|
| Acceptance Now | 0.00 | **6 Months** |

3. Pay sub-paragraphs concurrently:

   (A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR/TRUSTEE |
|---|---|---|
| -NONE- | | |

   (B) **Post-petition personal property lease payments.** Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with the terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT | EST MONTHS REMAINING |
|---|---|---|
| Acceptance Now | $120.00 | **8 Months** |

(L.F. 13 Rev. 5/2015)

(C) **Continuing Debt Payments (including post-petition mortgage payments on real estate other than Debtor's residence)** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph __5A__ below:

CREDITOR NAME                                              MONTHLY PAYMENT
**-NONE-**

(D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:

CREDITOR NAME                                              MONTHLY PAYMENT         BY DEBTOR/TRUSTEE
**-NONE-**

(E) **DSO claims in equal installments.** Pay any pre-petition domestic support obligation arrears (not provided for elsewhere in this plan) in full in equal monthly installments over the life of the plan, estimated as:

CREDITOR NAME                                              TOTAL AMOUNT DUE        INTEREST RATE
**-NONE-**

4.  **Attorney Fees.** Pay Debtor's attorney $__1,905.00__ in equal monthly payments over __18__ months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See the Local Rules for limitations on use of this paragraph]

5.  Pay sub-paragraphs concurrently:

(A) **Pre-petition arrears on secured claims paid in paragraph 3.** Pay pre-petition arrearage on debts paid under paragraphs 3 (C) or (D) in equal monthly installments over the period set forth below and with the interest rate identified below, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST RATE |
|---|---|---|---|
| **-NONE-** | | 48 Months | 0% |

(B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with __5.50__ % interest.

| CREDITOR | EST BALANCE DUE | REPAY PERIOD | TOTAL w/INTEREST |
|---|---|---|---|
| **-NONE-** | | 59 months | |

(C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with __5.50__ % interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9(A), estimated as set forth below:

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/INTEREST |
|---|---|---|---|---|
| **First Associates Loan Servicing, LLC** | 10,548.22 | 6,644.50 | 59 months | 7,689.03 |
| **Scott Credit Union** | 12,115.36 | 5,092.50 | 59 months | 5,893.07 |

(D) **Co-debtor guaranteed debt paid in equal monthly installments.** The following co-debtor guaranteed claim(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period set forth below and with interest as identified below.

CREDITOR                    EST BALANCE    TRUSTEE/CO-DEBTOR       PERIOD       INTEREST RATE
**-NONE-**

(E) Pay any post-petition fees and costs as identified in a notice filed per Federal Rule of Bankruptcy Procedure 3002.1 as a supplement to an allowed claim or any other post-petition fees and costs which the Court allows and orders the Trustee to pay. Any such amounts shall be paid in equal monthly payments over the remainder of the plan duration and shall not receive interest.

(L.F. 13 Rev. 5/2015)

2

6. Pay $ **2,000.00** of debtor's attorney's fees and any additional attorney fees allowed by the Court.

7. Pay sub-paragraphs concurrently:

   (A) **Unsecured Co-debtor guaranteed claims.** The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below:
   CREDITOR NAME             EST TOTAL DUE    TRUSTEE/CO-DEBTOR        INTEREST RATE
   **-NONE-**

   (B) **Assigned DSO Claims.** Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to §§507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).
   CREDITOR                                TOTAL DUE              TOTAL AMOUNT PAID BY TRUSTEE
                                                                  (100% or lesser dollar amount enumerated here)
   **-NONE-**

8. **Priority Claims.** Pay the following priority claims allowed under 11 U.S.C. section 507 in full, estimated as follows:
   CREDITOR NAME                     TOTAL AMOUNT DUE
   **Lincoln County Collector of Revene**           480.65
   **Missouri Department of Revenue**               899.90

9. Pay the following sub-paragraphs concurrently:

   (A) **General Unsecured Claims.** Pay non-priority, unsecured creditors. Estimated total owed: $ **58,563.32** . Amount required to be paid to non-priority unsecured creditors as determined by 1325(a)(4) hypothetical Chapter 7 liquidation calculation: $ **0.00** . Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: $ **0.00** . Debtor guarantees a minimum of $ **0.00** (Dollar amount or 100%) will be paid to non-priority unsecured creditors.

   (B) **Surrender of Collateral.** Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:
   CREDITOR                    COLLATERAL
   **-NONE-**

   (C) **Rejected Executory Contracts/Leases.** Debtor rejects the following executory contract(s) with the following creditor(s). Any balance to be paid as non-priority unsecured debt.:
   CREDITOR                    CONTRACT/LEASE
   **-NONE-**

10. Other:

11. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328. However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily. Within fourteen days of filing federal and state income tax returns, Debtor shall provide a copy of each return to the Chapter 13 Trustee.

(L.F. 13 Rev. 5/2015)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

14. Any post-petition claims filed and allowed under 11 U.S.C. § 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM. IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a). ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR. THE TRUSTEE, IN HIS SOLE DISCRETION, MAY DETERMINE TO RESERVE FUNDS FOR PAYMENT TO ANY CREDITOR SECURED BY A MORTGAGE ON REAL ESTATE PENDING FILING OF A CLAIM.

DATE: December 26, 2017           DEBTOR: /s/ Chad M Rosemann
                                           Chad M Rosemann

DATE: December 26, 2017           DEBTOR: /s/ Megan Louise Rosemann
                                           Megan Louise Rosemann

RESPECTFULLY SUBMITTED,
A&L Licker Law Firm, LLC
By:____/s/ Tobias Licker
Tobias Licker, #56778
1861 Sherman Dr.
St. Charles, MO 63303
(636) 916-5400
(fax) (636) 916-5402
email: tobias@lickerlawfirm.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Debtor's First Amended Chapter 13 Plan was served either through the Court's ECF system or by regular mail, this December 26, 2017 to:

/s/ _Sandeep Gulia_

Diana s Daugherty
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Acceptance Now
5501 Headquarters Dr
Plano TX 75024-0000

And to all creditors on the attached matrix

(L.F. 13 Rev. 5/2015)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | |
|---|---|---|
| Aargon Collection Agen<br>8668 Spring Mountain Rd<br>Las Vegas, NV 89117 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024 | Account Resolution Cor<br>700 Goddard Ave<br>Chesterfield, MO 63005 |
| Amco Insurance Co<br>PO Box 60068<br>City of Industry, CA 91716 | Ameren Missouri<br>PO Box 66529<br>Saint Louis, MO 63166-6529 | American Profit Recove<br>34405 W 12 Mile Rd Ste 3<br>Farmington Hills, MI 48331 |
| Barnes Jewish Hospital<br>10 Hospital Dr<br>Saint Peters, MO 63376 | Bass & Associates<br>Suite 200<br>3936 E Fort Lowell Rd<br>Tucson, AZ 85712 | BJC Health Care<br>PO Box 958410<br>Saint Louis, MO 63195-8410 |
| Bowling Green Veterinary<br>1230 US-61 BUS<br>Bowling Green, MO 63334 | Butler Chiropractic<br>2900 Highway K #28<br>O Fallon, MO 63368 | CACi<br>PO Box 270480<br>Saint Louis, MO 63127 |
| Cap1/ymaha<br>90 Christiana Road<br>New Castle, DE 19720 | Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | CashNet USA<br>PO Box 643990<br>Cincinnati, OH 46264-3990 |
| CBC Bank<br>115 N Lincoln Dr<br>Saint Peters, MO 63376 | Central Finl Control<br>Po Box 66044<br>Anaheim, CA 92816 | Charter Communication<br>PO Box 790086<br>Saint Louis, MO 63179-0086 |
| City of O'Fallon<br>255 South Lincoln Ave<br>O Fallon, IL 62269 | Collection Associates LTD<br>Po Box 465<br>Brookfield, WI 53008 | Condor Securitization Trust<br>Po Box 503430<br>San Diego, CA 92150 |
| Consumer Adjustment Co<br>C/O Dennis Joseph Barton<br>17600 Chesterfield Airport Rd<br>Suite 201<br>Chesterfield, MO 63005 | Credit Cntrl<br>5757 Phantom Dr.<br>Hazelwood, MO 63042 | Credit Management LP<br>4200 International Pkwy<br>Carrollton, TX 75007 |
| Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Dennis J Barton, III<br>17600 Chesterfield Airport Rd.<br>Suite 201<br>Chesterfield, MO 63005 | Des Peres Hospital<br>PO Box 66044<br>Anaheim, CA 92816 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

| | | |
|---|---|---|
| Diversifd Co<br>900 South Highway<br>Fenton, MO 63026 | Division of Employment Security<br>C/O Shannon Branson<br>PO Box 3100<br>BPC Unit<br>Jefferson City, MO 65102 | Elliott H. Farberman, MD<br>755 Dunn Road<br>Hazelwood, MO 63042 |
| Fingerhut Directing Marketing<br>6509 Flying Cloud Dr<br>Eden Prairie, MN 55344 | First Associates Loan Servicing, LLC<br>2356 Moore Street, Suite 104<br>San Diego, CA 92110 | First Premier Bank<br>3820 North Louise Ave<br>Sioux Falls, SD 57107 |
| HRRG<br>Po Box 5406<br>Cincinnati, OH 45213 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101 | Jefferson Capital Systems LLC<br>16 McLeland Rd.<br>Saint Cloud, MN 56303 |
| Kay Jewelers<br>PO Box 3680<br>Akron, OH 44309-3680 | Lake Forest Emergency Group LLC<br>100 Medical Plaza<br>Lake Saint Louis, MO 63367 | Lincoln County Collector of Revene<br>Jerry L Fox<br>201 Main St# 103<br>Troy, MO 63379 |
| Linebarger Goggan Blair & Sampson LLP<br>900 Arion Parkway, Suite 104<br>San Antonio, TX 78216 | MBA Law Offices<br>2222 Texoma Pkwy, Suit 160<br>Sherman, TX 75090 | Medical Revenue Service<br>Po Box 938<br>Vero Beach, FL 32961 |
| Mercy Clinic -St Louis<br>PO Box 206153<br>Dallas, TX 75320 | Mercy Hospital<br>Po Box 504655<br>Saint Louis, MO 63105 | Mercy Virtual Business Office<br>P.O. Box 504856<br>Saint Louis, MO 63150 |
| Metro-West Anesthesia Group<br>PO Box 958864<br>Saint Louis, MO 63195-8864 | Midland Funding, LLC<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | Missouri Department of Revenue<br>PO Box 475<br>301 W. High Street<br>Jefferson City, MO 65105-0475 |
| National Credit Adjust<br>327 W 4th Ave<br>Hutchinson, KS 67501 | National Credit Adjusters<br>PO Box 3023<br>Hutchinson, KS 67504 | National Healthcare Collections<br>700 Spirit of St. Louis Blvd.<br>Suite B<br>Chesterfield, MO 63005 |
| National Recovery Agen<br>2491 Paxton St<br>Harrisburg, PA 17111 | NCO Financial System<br>PO Box 15630<br>Wilmington, DE 19850 | NCO Financial System<br>PO Box 15609<br>Wilmington, DE 19850 |

6

| | | |
|---|---|---|
| Ninion S Riley<br>PO Box 3100<br>Jefferson City, MO 65102 | Northland Group, Inc<br>PO Box 390846<br>Minneapolis, MN 55439 | One Advantage, LLC<br>7650 Magna Dr<br>Belleville, IL 62223-3366 |
| Pediatrix Medical Group<br>621 S New Ballas Rd<br>Saint Louis, MO 63141 | Pepose Vision Institute<br>1815 Clarkson Rd.<br>Chesterfield, MO 63017 | Portfolio Recovery Associates<br>120 Corporate Blvd<br>Ste 100<br>Norfolk, VA 23502 |
| Quantum 3 Group LLC<br>P.O. Box 788<br>Kirkland, WA 98083 | Radiologic Imaging Consultants<br>PO Box 780<br>Saint Charles, MO 63302-0780 | Radiologic Imaging Consultants<br>220 Compass Point Dr<br>Saint Charles, MO 63301 |
| Receivable Solutions Inc.,<br>P.O.Box 505023<br>Saint Louis, MO 63150 | Receivable Solutions, Inc<br>PO Box 1984<br>Southgate, MI 48195-0984 | Regional Credit Services<br>1201 Jefferson St<br>Ste 150<br>Washington, MO 63090 |
| Reviver Financial LLC<br>PO Box 3023<br>Hutchinson, KS 67504 | Rise Credit of Missouri<br>4150 International Plaza Ste 300<br>Fort Worth, TX 76109 | Salander Enterprises<br>Po Box 465<br>Brookfield, WI 53008 |
| Schumacher Group<br>PO Box 770<br>Larkspur, CO 80118 | Scott Credit Union<br>PO Box 485<br>Edwardsville, IL 62025 | SE Emergency Phys Memphis<br>Po Box 740023<br>Cincinnati, OH 45274-0023 |
| Senex Services Corp<br>333 Founds Rd<br>Indianapolis, IN 46268 | Shaffer & Associates<br>101 S. 5th Street<br>Columbia, MO 65201 | SSM Health<br>P.O.Box 795100<br>Saint Louis, MO 63179 |
| SSM Medical Group<br>PO Box 795100<br>Saint Louis, MO 63179-0700 | St. Anthony's Medical Center<br>PO Box 510410<br>Saint Louis, MO 63151 | St. Johns Mercy Hospital<br>615 South New Ballas<br>Saint Louis, MO 63141 |
| St. Joseph Health Center<br>SSM Healthcare<br>PO Box 505233<br>Saint Louis, MO 63150 | St. Luke's Medical Group<br>232 S Woods Mill Rd<br>Chesterfield, MO 63017 | Stellar Recovery Inc<br>1327 Hwy 2 W<br>Kalispell, MT 59901 |

| | | |
|---|---|---|
| Stephens OB GYN Associates<br>226 S Woods Mill Rd Ste 55W<br>Chesterfield, MO 63017 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | The Barton Law Group, LLC<br>Re: Title Loan Company<br>17600 Chesterfield Airport Road<br>Suite 201<br>Chesterfield, MO 63005 |
| The Enchanted Bride<br>9611 Olive Blvd.<br>Saint Louis, MO 63132 | The Johnson Law Firm<br>220 Salt Lick Road<br>Saint Peters, MO 63376 | Total Visa<br>PO Box 5220<br>Sioux Falls, SD 57117 |
| Tower Loan<br>Pob 320001<br>Flowood, MS 39232 | Transworld Sys Inc/33<br>507 Prudential Rd<br>Horsham, PA 19044 | U S Dept Of Ed/Gsl/Atl<br>Po Box 4222<br>Iowa City, IA 52244 |
| United States Attorney<br>111 South 10th Street<br>20th Floor<br>Saint Louis, MO 63102 | Washington University<br>1 Barnes Jewish Hosp<br>Saint Louis, MO 63110 | Washington University Physicians<br>660 S Euclid Ave Campus<br>PO Box 8239<br>Saint Louis, MO 63110 |
| Washington University School of Medicine<br>660 S Euclid Ave<br>Saint Louis, MO 63110 | Webbank/fingerhut Fres<br>6250 Ridgewood Road<br>St Cloud, MN 56303 | |

(L.F. 13 Rev. 5/2015)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy